UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOOPER PARSLEY, #399217, )
      Petitioner, )
       ) No. 1:19-cv-306
-v- )
       ) HONORABLE PAUL L. MALONEY
GREG SKIPPER, )
      Respondent. )
       )

## JUDGMENT

In accordance with the opinion entered today (ECF No. 22), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

**Date:** September 16, 2020            /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge